UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY G. SCOTT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MARTIN MARTELL, Warden,<br><br>　　　　　Respondent.<br>_____ | Case No. EDCV 08-510 GHK(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

　　Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED:   12/14/09

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE